IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TANISH THOMAS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-cv-104 |
| | § | |
| KROGER TEXAS, L.P. AND | § | |
| THE KROGER COMPANY, | § | JURY DEMANDED |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

The parties advise the Court that all matters in controversy between the parties have been settled. The parties are preparing the necessary settlement and dismissal documents. Once the settlement documents are executed and settlement has funded, Plaintiff and Defendants will present an Agreed Motion and Order to Dismiss with Prejudice to the Court.

The parties ask the Court to continue all current deadlines and trial settings until the parties can prepare the settlement documents and file the dismissal documents with the Court.

Respectfully submitted,

/s/ Hope Zimlich Miranda

**B. Kyle Briscoe**
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Hope Zimlich Miranda**
State Bar No. 24084146
hmiranda@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
214-999-0550 (telephone)
214-999-0551 (fax)

**ATTORNEYS FOR DEFENDANT**

- AND -

/s/ Jeffrey Shelton (with permission)
**Jeffrey Shelton**
State Bar No. 24011458
jshelton@maslaw.com
Modjarrad | Abusaad | Said, Law Firm
212 West Spring Valley Road
Richardson, Texas 75081
(972) 789-1664 – Telephone
(972) 789-1665 — Facsimile

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to and in accordance with the Federal Rules of Civil Procedure on October 17, 2022.

/s/ Hope Zimlich Miranda
Hope Zimlich Miranda